No. 10–7043. BROWN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 10–7049. PETTIFORD v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–7058. AKPAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 09–1547. KELLY v. OLD DOMINION FREIGHT LINE, INC., *ante*, p. 839;

No. 09–10685. WILLIAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 849;

No. 09–11062. MILLS v. NEW YORK, *ante*, p. 860;

No. 09–11321. IN RE ALLAH, *ante*, p. 825;

No. 09–11414. MEZZULO v. UNITED STATES, *ante*, p. 879;

No. 09–11491. BRYANT v. AVERITT EXPRESS, INC., *ante*, p. 883;

No. 09–11505. DOSS v. VIRGINIA, *ante*, p. 884;

No. 09–11553. TYSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 887;

No. 10–115. HAMILTON v. DAYCO PRODUCTS, LLC, ET AL., *ante*, p. 894;

No. 10–5073. EVERSON v. MURPHY, COMMISSIONER, CONNECTICUT DEPARTMENT OF CORRECTION, ET AL., *ante*, p. 902;

No. 10–5162. PINDER v. HOBBS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, *ante*, p. 907; and

No. 10–5322. CASE v. DENNEY, WARDEN, *ante*, p. 915. Petitions for rehearing denied.

NOVEMBER 23, 2010

No. 09–525. JANUS CAPITAL GROUP, INC., ET AL. v. FIRST DERIVATIVE TRADERS. C. A. 4th Cir. [Certiorari granted, 561